THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROMAN FURMAN, Appellant. [955 NYS2d 528]

The sentence imposed was not excessive (*see People v Suitte*,

90 AD2d 80 [1982]). Angiolillo, J.P., Sgroi, Cohen and Miller, JJ., concur.